# SUPREME COURT OF HAWAI‘I

State v. Huihui ................................... SCWC–11– 06/18/2014   Vacated and
0000661   Remanded